UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BECKY A. BUSSING,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>    Defendant. | No.   2:14-CV-305-RHW<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED IN PART**. The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 USC § 405(g), and Judgment is entered for Plaintiff.

DATED: February 18, 2016

    SEAN F. McAVOY
    Clerk of Court

    By: *s/Penny Lamb*
        Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**